No. 04–5222 (04A58). CRAWFORD *v.* SCHOFIELD, WARDEN, *supra* this page. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Petition for rehearing denied. JUSTICE STE-

VENS, JUSTICE SOUTER, and JUSTICE GINSBURG would grant the application for stay of execution. JUSTICE O'CONNOR took no part in the consideration or decision of this application and this petition.